**UNITED STATES DISTRICT COURT**
for the
**EASTERN DISTRICT OF CALIFORNIA**

06 MJ 173

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. P0621442

Margaret Arrigo

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: 3-17-48
DRIVER'S LICENSE #: M0952622
ADDRESS: 8154 Chilnualna Falls Rd
Wawona         CA      95389
CITY           STATE    ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 12/19/06         _____ FOR Margaret Arrigo
                       DEFENDANT'S SIGNATURE

Six months Bench Probation

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:
One day custody with credit for one days served
(✓) Fine: $ 1490.00 and a penalty assessment of $ 10.00 for a TOTAL
AMOUNT OF: $ 1500.00 within by 2/1/07 days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____
1st Time Offenders DUI Program

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

| USDC | CLERK, USDC | CLERK, USDC |
|---|---|---|
| CENTRAL VIOLATIONS BUREAU (SA) | 1130 O STREET, RM 5000 | 501 "I" STREET |
| POST OFFICE BOX 740026 | FRESNO, CA 93721 | SACRAMENTO, CA 95814-2322 |
| ATLANTA, GA 30374-0026 | | |

Obey all laws + Duf not drive a vehicle w/ any detectable amount of Alcohol

Your check or money order must indicate your name and case/citation number shown above to ensure your account is credited for payment received.

Date: 12-19-06        William M. Wunderlich
                      U.S. MAGISTRATE JUDGE  by T. Luca

The defendant not to drive a vehicle w/o valid drivers license.
Clerk's Office
The defendant not to drive a vehicle unless properly insurance + registered
Travel restricted to include medical appts and work and treatment
EDCA+YNP